# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING [11 U.S.C. § 109(g)]

**DEBTOR INFORMATION:**  
Kathrynn Ann Wainwright

**BANKRUPTCY NO.** 2:09–bk–31822–AA

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–1622  
**Employer Tax–Identification (EIN) No(s).(if any):** N/A  
**Debtor Dismissal Date:** 3/18/10

**Address:**  
5042 Wilshire Blvd., #485  
Los Angeles, CA 90036

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,  
IT IS ORDERED THAT:

(1) debtor's bankruptcy case is dismissed;

(2) the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362; and

(3) pursuant to Bankruptcy Code Section 109(g), debtor is prohibited from filing any new bankruptcy petition within 180 days of the date of entry of this order.

Dated: March 18, 2010

BY THE COURT,  
**Kathleen J. Campbell**  
Clerk of Court

(Form od13b VAN–151) Rev. 03/09

**37 / WCK**